# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL D JONES JR #633869** | **CASE NO. 6:23-CV-01537 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **EAST BATON ROUGE ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER OF TRANSFER

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983, filed *in forma pauperis* by pro se Plaintiff Michael D. Jones, Jr. Plaintiff is incarcerated at the Riverbend Detention Center in Lake Providence, Louisiana. He alleges the violation of his constitutional rights by West Baton Rouge Parish Parole Officer Corey Felder. Rec. Docs. 1, 4.

Venue in a civil rights case is proper in a judicial district in which any defendant resides or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. *See* 28 U.S.C. § 1931(b); *Jones v. Bailey*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd per curium*, 480 F.2d 805 (5th Cir. 1973).

The named Defendant is reportedly a parole officer in West Baton Rouge Parish, which is also where the incident complained of allegedly took place. West Baton Rouge Parish is located within the Middle District of Louisiana.

Accordingly, **IT IS ORDERED** that Plaintiff's case is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

**THUS DONE AND SIGNED** in chambers this 8th day of February, 2024.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE