UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. JONES, JR. (#633869)

VERSUS

EAST BATON ROUGE, ET AL.

CIVIL ACTION

24-109-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated August 1, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that all federal claims brought by Plaintiff Michael D. Jones, Jr. in this case are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Court declines to exercise of supplemental jurisdiction over potential state law claims and this case shall be **CLOSED.**

Signed in Baton Rouge, Louisiana, on this 26 day of August, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.